EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SULACO ENTERPRISES LLC
_____

Plaintiff

v.                                                      Civ. No. 2:26-cv-00345
                                                                 _____

IMPERVA, INC.
_____

Defendant


UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT


Party requesting extension:   IMPERVA, INC.
                              _____

Date Party's answer was originally due:                              05/26/2026
                                                           _____

Date Party's answer is now due (must not exceed 45 days after original due date):   07/10/2026
                                                                                  _____


Date: 05/22/2026          /s/  *Vincent J. Rubino, III*
      _____              _____
                          Full Name: Vincent J. Rubino, III
                          State Bar No.: NY Bar No. 4557435
                          Address: Fabricant, Rubino & Lambrianakos LLP
                                   411 Theodore Fremd Avenue
                                   Suite 206 South

                          Phone: (212) 257-5797
                          Fax: (212) 257-5796
                          Email: vrubino@frlip.com


**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, a true and correct copy of the above and foregoing

Document has been served by email upon counsel for Imperva, Inc..

/s/ Vincent J. Rubino, III
Vincent J. Rubino, III